# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | | |
|---|---|---|
| FRANK E. SMITH and MARK A. KIOLBASA, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Appeal No. 21-9538 |
| BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, | ) ) ) ) | |
| Respondent. | ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to 10th Cir. R. 46.1(A), Rachel A. Sternlieb, of Allen Vellone Wolf Helfrich & Factor, P.C., counsel of record for Petitioners, Frank E. Smith and Mark A. Kiolbasa in the above-referenced matter, respectfully requests that the Court grant her leave to withdraw as counsel of record for Petitioners as she is leaving the firm of Allen Vellone Wolf Helfrich & Factor, P.C. Other attorneys of Allen Vellone Wolf Helfrich & Factor, P.C. remain as counsel of record for Petitioners, and subsequent court filings and electronic notices may still be served on those attorneys.

DATED: August 25, 2022.

    Respectfully submitted,

By: *s/Rachel A. Sternlieb*
    Jordan Factor
    Vandana S. Koelsch
    Rachel A. Sternlieb
    ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.
    1600 Stout Street, Suite 1900
    Denver, CO 80202
    Telephone: (303) 534-4499
    jfactor@allen-vellone.com
    vkoelsch@allen-vellone.com
    rsternlieb@allen-vellone.com

    *Attorneys for Petitioners, Frank E. Smith and Mark A. Kiolbasa*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 25, 2022, a true and correct copy of the foregoing was sent via the Court's ECF System to the parties listed below:

Board of Governors of the Federal Reserve System
Office of the Secretary
20th & Constitution Avenue, NW
Washington, DC 20551

Jose Ceppi, Esq., MS K1PL00
Mitchell Klein, Esq., MS K1PL00
Enforcement Counsel
Board of Governors of the Federal Reserve System
jose.p.ceppi@frb.gov
mitchell.b.klein@frb.gov

Office of Financial Institution Adjudication
3501 N. Fairfax Drive
Arlington, VA 22226
ofia@fdic.gov

Wyoming Division of Banking
ATTN: Albert L. Forkner, Commissioner
2300 Capitol Avenue, 2nd Floor
Cheyenne, Wyoming 82002

Devin Kenney
Assistant Attorney General
Wyoming Attorney General's Office
Kendrick Building
2320 Capitol Avenue
Cheyenne, Wyoming 82002
devin.kenney1@wyo.gov

*/s/ Terri M. Novoa*
Allen Vellone Wolf Helfrich & Factor P.C.